UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL CASE NO. 18-15-DLB-MAS
CIVIL CASE NO. 21-3-DLB-MAS

UNITED STATES OF AMERICA     PLAINTIFF

v.     **ORDER ADOPTING REPORT AND RECOMMENDATION**

RAYMOND MONTGOMERY     DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

      This matter is before the Court on Defendant's *pro se* Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. (Doc. # 28). Consistent with local practice, this matter was referred to Magistrate Judge Matthew A. Stinnett for the purpose of reviewing the motion and preparing a Report and Recommendation. After reviewing the issues raised by Defendant Montgomery, Judge Stinnett issued a Report and Recommendation on November 22, 2021 recommending that Defendant's Motion be denied (Doc. # 35). No objections to the Report and Recommendation have been filed and the time to do so has expired. Therefore, the Report and Recommendation is now ripe for review.

      Having reviewed the Magistrate Judge's Report and Recommendation, the Court concurs with the recommended denial. Thus, the Report and Recommendation will be **adopted in full** and Defendant's Motion **denied**. Accordingly,

1

**IT IS ORDERED AND ADJUDGED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 35) be, and is hereby, **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

(2) Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 28) is hereby **DENIED**;

(3) For reasons set forth in the Magistrate Judge's Report and Recommendation (Doc. # 35), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4) A separate Judgment will be filed concurrently herewith.

This 5th day of January, 2022.

Signed By:
_David L. Bunning_   DB
**United States District Judge**

M:\DATA\ORDERS\Covington Criminal\2018\18-15 Order Adopting R&R.docx